MAR 25 2026 PM 1:22
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF FLORIDA

**Hector Ivan Diaz,**
Plaintiff,

v.

**Robin Lanigan,** in her individual and official capacities,
Defendant.

Case No.: 8:26-CV-807-MSS-CPT

# VERIFIED COMPLAINT FOR DECLARATORY, INJUNCTIVE RELIEF, AND DAMAGES

(42 U.S.C. § 1983 – Civil Rights Violations)

## I. INTRODUCTION

1. Plaintiff, Hector Ivan Diaz ("Plaintiff"), brings this civil rights action pursuant to **42 U.S.C. § 1983** against Defendant, Robin Lanigan ("Defendant"), in her individual and official capacities as a Judge of the Fourth Judicial Circuit of Florida.
2. This action arises from Defendant's pattern of conduct under color of state law that allegedly deprived Plaintiff of rights secured by the United States Constitution, including the **Fourth, Sixth, and Fourteenth Amendments**, as well as federal disability protections under the **Americans with Disabilities Act (ADA).**
3. Defendant's actions include alleged denial of due process, judicial bias, retaliation, improper designation of Plaintiff as a vexatious litigant, and denial of reasonable accommodations despite Plaintiff's recognized disability status.

## II. JURISDICTION AND VENUE



4. This Court has jurisdiction under:
   o 28 U.S.C. § 1331 (federal question jurisdiction)
   o 28 U.S.C. § 1343 (civil rights jurisdiction)
5. This action is authorized by **42 U.S.C. § 1983**, which provides a remedy against persons acting under color of state law who violate federal rights (see *Monroe v. Pape*).
6. Venue is proper under 28 U.S.C. § 1391 because the events occurred in Duval County, Florida.

# III. PARTIES

7. Plaintiff is a United States citizen residing in Florida.
8. Defendant, Robin Lanigan, is a state court judge acting under color of state law at all relevant times.

# IV. STATEMENT OF FACTS

## A. Judicial Misconduct and Denial of Due Process

9. Defendant engaged in conduct depriving Plaintiff of due process, including denial of a meaningful opportunity to be heard, in violation of the Fourteenth Amendment (see *Mathews v. Eldridge*).
10. On September 23, 2023, during a pretrial conference, Plaintiff experienced audio failure. Defendant proceeded despite knowing Plaintiff could not be heard and stated that it was "not important" to hear Plaintiff.
11. Defendant failed to ask Plaintiff whether he wished to admit or deny claims, while asking the opposing party, demonstrating unequal treatment.

## B. October 18, 2023 Hearing – Bias and Improper Conduct

12. On October 18, 2023, Defendant made statements Plaintiff reasonably interpreted as racially inappropriate and prejudicial.
13. During the same proceeding, Defendant made disparaging remarks about Plaintiff's attorney, Melissa Wilson of Integrity Legal Services.
14. These statements are documented in official transcripts prepared by court reporters.
15. Such conduct demonstrates judicial bias in violation of due process (see *Liteky v. United States*).

## C. Improper Disqualification Denials and Retaliation

16. Defendant denied Plaintiff's motions for disqualification without proper legal basis.
17. Defendant designated Plaintiff as a vexatious litigant in retaliation for his litigation activity and preservation of evidence.
18. Retaliatory conduct for exercising legal rights violates the Constitution (see *Bounds v. Smith*).

## D. ADA Violations and Disability Discrimination

19. On November 5, 2025, Plaintiff was declared totally disabled in a favorable federal court determination by Judge Guy Koster.
20. Plaintiff requested reasonable accommodations under the **Americans with Disabilities Act.**
21. Defendant denied or ignored these requests on:

- December 16, 2025
- February 25, 2026

22. Defendant's failure to provide reasonable accommodations denied Plaintiff meaningful access to the courts in violation of the ADA and constitutional guarantees (see *Tennessee v. Lane*).

## E. Administrative Closure and Abuse of Authority

23. On February 25, 2026, Defendant administratively closed Plaintiff's case after labeling him a vexatious litigant.
24. Plaintiff alleges this designation was improper and used to restrict access to courts.
25. The right of access to courts is fundamental (see *Lewis v. Casey*).

## F. Appellate Proceedings

26. Plaintiff sought relief in the Fifth District Court of Appeal, which denied a writ of prohibition.
27. Despite denial of appellate relief, constitutional violations remain actionable in federal court.

## G. Domestic Violence Cases Misuse

28. Plaintiff was the victim of domestic violence incidents on January 20 and January 25, 2023, involving his estranged wife.
29. Plaintiff filed for protection, resulting in multiple domestic violence cases:

- 2023-DR-000794-DVAX
- 2023-DR-000794-DVBX
- 2023-DR-000794-DVXX

30. Temporary injunctions were granted in Plaintiff's favor.
31. Defendant later used these cases improperly to support a vexatious litigant designation.
32. Plaintiff alleges this misuse violated his civil rights and improperly penalized him for seeking protection.

---

# V. CAUSES OF ACTION

## Count I – Due Process Violations (Fourteenth Amendment)

Denial of meaningful hearing and impartial tribunal (*Mathews v. Eldridge*).

## Count II – Equal Protection Violations (Fourteenth Amendment)

Disparate treatment compared to opposing parties.

## Count III – Judicial Bias and Unfair Proceedings

Violation of impartiality requirements (*Liteky v. United States*).

## Count IV – Retaliation for Exercising Legal Rights

Punishment for accessing courts (*Bounds v. Smith*).

## Count V – ADA Violations

Failure to accommodate disability (*Tennessee v. Lane*).

## Count VI – Denial of Access to Courts

Improper vexatious litigant designation (*Lewis v. Casey*).

---

# VI. WITNESSES

1. Theresa Shammas
2. Blanca Rosado
3. Thomas L. Gurrola
4. Official Court Reporter
5. Melissa Wilson, Esq., Integrity Legal Services

---

# VII. PRAYER FOR RELIEF

Plaintiff respectfully requests:

1. Declaratory judgment that Defendant violated Plaintiff's rights;
2. Injunctive relief preventing further violations;
3. Compensatory damages;
4. Any additional relief deemed just and proper.

---

# VIII. VERIFICATION

I, Hector Ivan Diaz, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**Executed on March 24, 2026**

Signature:/s/ Hector Ivan Diaz
Hector Ivan Diaz

AO 310 (Rev. 03/16)

Judicial Council of the _____4th_____ Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 4 (below).  The RULES FOR JUDICIAL-CONDUCT AND JUDICIAL-DISABILITY PROCEEDINGS, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters.  The Rules are available in federal court clerks' offices, on individual federal courts' websites, and on www.uscourts.gov.

Your complaint (this form and the statement of facts) should be typewritten and must be legible.  For the number of copies to file, consult the local rules or clerk's office of the court in which your complaint is required to be filed.  Enclose each copy of the complaint in an envelope marked "COMPLAINT OF MISCONDUCT" or "COMPLAINT OF DISABILITY" and submit it to the appropriate clerk of court.  **Do not put the name of any judge on the envelope.**

1.  Name of Complainant:    HECTOR IVAN DIAZ
    Contact Address:    1315 OAKFIELD DRIVE UNIT 320
                        BRANDON FL 33511

    Daytime telephone:    ( 813 )743-0209

2.  Name(s) of Judge(s):    ROBIN LANIGAN
    Court:    4TH  2024-SC-135505-AXXX AND 2024-SC-002769-AXXX

3.  Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?
    ☑ Yes        ☐ No
    If "yes," give the following information about each lawsuit:
    Court:    4TH CIRCUIT CIVIL 501 W. ADAMS STREET JAX, FL 32202
    Case Number:    2024-SC-135505-AXXX
    Docket number of any appeal to the _____ Circuit: 4
    Are (were) you a party or lawyer in the lawsuit?
    ☐ Party        ☑ Lawyer        ☐ Neither
    If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number:
    MELISSA WILSON - INTEGRITY LEGAL SERVICES 1560 Sawgrass Corporate Pkwy Fl 4. Sunrise, FL 33323-2858 Office: 954-317-9934. Email: melissa@integritylegalfl.com

Page 1 of 2

AO 310  (Rev. 03/16)

Judicial Council of the          4th          Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

4.      **Brief Statement of Facts.**  Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based.  Include what happened, when and where it happened, and any information that would help an investigator check the facts.  If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation.

5.      **Declaration and signature:**

I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

Signature:      /S/ HECTOR IVAN DIAZ          Date:      ~~03/23/2026~~  March 25, 2026